UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE D. PRESIDENT | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-05722 |
| | ) | |
| | ) | Judge:  Andrea R. Wood |
| v. | ) | |
| | ) | |
| OFFICER LEIF GOFF (Star# 11111), | ) | Jury Demanded |
| OFFICER SCOTT SLECHTER (Star# 1462), | ) | |
| and THE CITY OF CHICAGO | ) | Magistrate Judge: Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

By a leave of Court, Terrance D. President, by his attorney, Joseph K. Nichele, for his First Amended Complaint for Civil Rights Violations, states:

**NATURE OF THE CASE**

1. Terrance D. President ("President") brings this action against two Chicago Police Officers in their individual and official capacities, and the City of Chicago for a violation of his right to be free from unreasonable seizure secured by the Fourth Amendment to the United States Constitution (U.S. Const., Amend. IV) pursuant to 42 U.S.C. § 1983.  President seeks compensatory damages for personal injuries, substantial mental anguish, and emotional distress, and his attorney's fees under 28 U.S.C. § 1988.  Additionally, President brings a claim for intentional infliction of emotional distress under Illinois law and seeks compensatory damages.

**STATEMENT OF JURISDICTION AND VENUE**

2. The United States District Court has jurisdiction of President's civil rights claim pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 in conjunction with 42 U.S.C. § 1983, and his state

law claim pursuant to 28 U.S.C. § 1367. The Northern District of Illinois is the proper venue because this action arose within this judicial district. 28 U.S.C. § 1391.

## THE PARTIES

3. President is a citizen of Illinois and is currently incarcerated at the Dixon Correctional Center in Dixon, Illinois.

4. The City of Chicago is a municipal corporation located in the State of Illinois. At all times pertinent, the City of Chicago was the employer of Officer Leif Goff (Star No. 11111) ("Officer Goff") and Sergeant Scott Slechter (Star No. 1462) ("Sergeant Slechter").

5. At all times pertinent, Officer Goff and Officer Slechter were employed by the City of Chicago as duly appointed police officers and were acting within the scope of their employment and under color of law.

6. Officer Goff and Sergeant Slechter are being sued in their individual and official capacities with respect to all claims.

## FACTS COMMON TO ALL COUNTS

7. On September 1, 2016, President was walking to work along Grenshaw Street in Chicago.

8. As President approached the intersection of Grenshaw and Pulaski Road, Officer Goff and Sergeant Slechter pulled up to President in an official police vehicle and asked President if he had any contraband on him.

9. President responded to Officer Goff and Sergeant Slechter that he did not have any contraband on him.

10. Officer Goff and Sergeant Slechter then grabbed President by both arms and slammed him to the ground on his face and knee, causing injuries to his mouth and knee. Officer Goff and Sergeant Slechter forcefully put President into handcuffs and placed him under arrest.

11. As the officers were putting handcuffs on him, President asked what happened and why he was being arrested. Officer Goff and Sergeant Slechter responded that President "might have a warrant" out for his arrest.

12. At the time Officers Goff and Slechter arrested President, they knew President had no active warrants for his arrest.

13. After placing President under arrest, Officer Goff and Sergeant Slechter transported President to the Chicago Police Department's facility at Homan and Fillmore Streets in Chicago for processing.

14. Following his arrest, President was charged, in two separate cases, with delivery of a controlled substance within 1,000 of a school. In both cases, it was alleged President had sold a controlled substance to undercover police officers on two separate occasions in exchange for prerecorded funds.

15. At all times pertinent, the City of Chicago failed to train, supervise, and discipline its police officers, including Officer Goff and Sergeant Slechter, with respect to the use of excessive force against suspected criminals or otherwise address and curtail obvious such pervasive use of excessive force.

16. The pervasive unconstitutional behavior perpetrated by the City of Chicago's police officers was so widespread that it was an unofficial policy or custom of the City of Chicago.

## COUNT I
### Violation of Civil Rights under Section 1983

1-16. Paragraphs 1 through 16 of the Nature of the Case, the Statement of Jurisdiction and Venue, the Parties, and the Facts Common to All Counts sections are realleged as Paragraphs 1 through 16 of Count I.

17. In arresting President, Officer Goff and Sergeant Slechter used force which far exceeded the amount reasonable and necessary to effectuate the arrest.

3

18. By using excessive force in arresting President, Officer Goff and Sergeant Slechter deprived President of his right to be free from unreasonable seizure under the Fourth Amendment to the United States Constitution.

19. At all times pertinent, Officer Goff and Sergeant Slechter were acting within the scope of their employment as duly appointed police officers in the City of Chicago and were acting under color of state law, and they were acting pursuant to the City of Chicago's unofficial custom of allowing police officers to use excessive force against arrestees.

20. As a result of Officer Goff and Sergeant Slechter's conduct, President suffered severe personal injuries and substantial mental anguish and emotional distress.

21. Officer Goff's and Sergeant Slechter's conduct was intentional and was performed with a reckless and callous indifference to the constitutional rights of President such that an award of compensatory damages is inadequate and punitive damages should be awarded to punish Officer Goff and Sergeant Slechter for their misconduct.

WHEREFORE, Terrance D. President demands a jury trial and prays for judgment in his favor and against Officer Leif Goff (Star No. 11111), Sergeant Scott Slechter (Star No. 1462), and the City of Chicago, in a sum that will reasonably and fairly compensate him for his injuries and damages, punitive damages, court costs, attorneys' fees, and such further and other relief that this Court deems just.

## COUNT II
### Intentional Infliction of Emotional Distress

1-21. Paragraphs 1 through 21 of Count I are realleged as Paragraphs 1 through 21 of Count II.

22. Officer Goff's and Sergeant Slechter's conduct of forcefully placing President under arrest in violation of the Fourth Amendment was extreme and outrageous and extended beyond all bounds of decency.

23. At all times pertinent, the Officer Goff and Sergeant Slechter intended to cause or knew there was a high probability that their conduct would cause President to suffer severe emotional distress.

24. At all times pertinent, Officer Goff and Sergeant Slechter were acting within the scope of their employment as duly appointed police officers in the City of Chicago and were acting pursuant to the City of Chicago's unofficial custom of allowing police officers to use excessive force against arrestees.

25. As a result of Officer Goff's and Sergeant Slechter's conduct, President suffered severe emotional distress.

WHEREFORE, Terrance D. President demands a jury trial and prays for judgment in his favor and against Officer Leif Goff (Star No. 11111), Sergeant Scott Slechter (Star No. 1462), and the City of Chicago in a sum that will reasonably and fairly compensate him for his injuries and damages, court costs, and such further and other relief that this Court deems just.

TERRANCE PRESIDENT,

By: /s/ Joseph K. Nichele
One of His Attorneys

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing **First Amended Complaint for Civil Rights Violations** via the ECF/CM case filing system by 5:00 p.m. on October 30, 2018, and that the foregoing was served via email to Christine K. Wee, City of Chicago Department of Law at Christine.Wee@cityofchicago.org and Julian Johnson, City of Chicago Department of Law at julian.johnson@cityofchigago.org.

                                                                                      /s/ Joseph K. Nichele

Joseph K. Nichele
Broida and Nichele, Ltd.
Attorneys for Plaintiff
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
(630) 245-1515
(630) 245-1565 (Fax)
lawyers@broida-law.com